UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Terrance Alfonso Dudley,

          Plaintiff,

v.

Jessica Symmes,

          Defendant.

Civil No. 11-1422 (DSD/JJG)

**ORDER ON REPORT
AND RECOMMENDATION**

The above-entitled matter came before the Court upon the Report and Recommendation of the United States Magistrate Judge. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all the files, records and proceedings herein,

**IT IS HEREBY ORDERED** that:

1. Terrance Alfonso Dudley's Petition for Writ of Habeas Corpus (Doc. No. 1) is **DENIED**;

2. Terrance Alfonso Dudley's Motion Requesting Subpoena (Doc. No. 3) is **DENIED**;

3. Jessica Symmes' Motion to Dismiss (Doc. No. 6) is **GRANTED**; and

4. This case is **DISMISSED**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: January 26, 2012

        s/David S. Doty
        DAVID S. DOTY, Judge
        United States District Court