UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Terrance Alfonso Dudley,

Civil No. 11-1422 (DSD/JJG)

        Plaintiff,

v.

**ORDER ON REPORT
AND RECOMMENDATION**

Jessica Symmes,

        Defendant.

The above-entitled matter came before the Court upon the Report and Recommendation of the United States Magistrate Judge.  No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all the files, records and proceedings herein,

**IT IS HEREBY ORDERED** that:

1. Terrance Alfonso Dudley's Petition for Writ of Habeas Corpus (Doc. No. 1) is **DENIED**;

2. Terrance Alfonso Dudley's Motion Requesting Subpoena (Doc. No. 3) is **DENIED**;

3. Jessica Symmes' Motion to Dismiss (Doc. No. 6) is **GRANTED**; and

4. This case is **DISMISSED**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  January 26, 2012        s/David S. Doty
                                      DAVID S. DOTY, Judge
                                      United States District Court